```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 20238
   NASSER HASSAN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3552


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 08/03/2008 and was not confirmed.

       The case was dismissed without confirmation 10/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED NOT I    27109.44              .00            .00
LASALLE BANK              NOTICE ONLY      NOT FILED             .00            .00
NATIONAL CAPITAL MGMT LL  UNSECURED         1822.08              .00            .00
LASALLE BANK NATIONAL AS  CURRENT MORTG         .00              .00            .00
LASALLE BANK NATIONAL AS  MORTGAGE ARRE    24000.00              .00            .00
EMC MORTGAGE              CURRENT MORTG         .00              .00            .00
EMC MORTGAGE              MORTGAGE ARRE     2500.00              .00            .00
FIFTH THIRD BANK          UNSECURED        NOT FILED             .00            .00
AMERICAN EXPRESS          UNSECURED        NOT FILED             .00            .00
AMERICAN EXPRESS          UNSECURED         5662.28              .00            .00
AMERICAN EXPRESS          UNSECURED        NOT FILED             .00            .00
AMERICAN EXPRESS          UNSECURED         2741.81              .00            .00
AMERICAN EXPRESS          UNSECURED          436.07              .00            .00
AMERICAN HONDA FINANCE C  UNSECURED        NOT FILED             .00            .00
BMW FINANCIAL SERVICES    UNSECURED        NOT FILED             .00            .00
T MOBILE                  UNSECURED        NOT FILED             .00            .00
CHASE BP                  UNSECURED        NOT FILED             .00            .00
CHASE BANK USA            UNSECURED         6718.66              .00            .00
CHASE                     UNSECURED        NOT FILED             .00            .00
LVNV FUNDING LLC          UNSECURED        40013.11              .00            .00
LVNV FUNDING              UNSECURED         8207.76              .00            .00
LVNV FUNDING LLC          UNSECURED         4300.55              .00            .00
CITIFINANCIAL             UNSECURED        NOT FILED             .00            .00
CITIFINANCIAL RETAIL S    UNSECURED        NOT FILED             .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED        NOT FILED             .00            .00
DIVERSIFIED CONSULTANTS   UNSECURED        NOT FILED             .00            .00
MACY'S                    UNSECURED        NOT FILED             .00            .00
ADVANTA 63                UNSECURED        NOT FILED             .00            .00
FIFTH THIRD BANK          UNSECURED        NOT FILED             .00            .00
FORD MOTOR CREDIT         UNSECURED        34692.61              .00            .00
GMAC                      UNSECURED        12407.00              .00            .00
GE MONEY BANK             UNSECURED        NOT FILED             .00            .00
BARCLAYS BANK             UNSECURED        NOT FILED             .00            .00
PROVIDIAN WMB             UNSECURED        NOT FILED             .00            .00
JC PENNEY                 UNSECURED        NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 20238 NASSER HASSAN
```

```
JC PENNEY                 UNSECURED      NOT FILED           .00          .00
NICOR GAS                 UNSECURED      NOT FILED           .00          .00
SPRINT                    UNSECURED      NOT FILED           .00          .00
SEARS ROEBUCK & CO        UNSECURED      NOT FILED           .00          .00
TARGET                    UNSECURED      NOT FILED           .00          .00
VW CREDIT INC             UNSECURED      NOT FILED           .00          .00
EMC MORTGAGE CORPORATION  MORTGAGE NOTI  NOT FILED           .00          .00
GMAC                      SECURED NOT I    6152.28           .00          .00
ASSET ACCEPTANCE LLC      UNSECURED        2880.47           .00          .00
ASSET ACCEPTANCE LLC      UNSECURED       18586.91           .00          .00
GMAC                      NOTICE ONLY    NOT FILED           .00          .00
BENNIE W FERNANDEZ        DEBTOR ATTY          .00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

       Summary of Receipts and Disbursements:
   -------------------------------------------------------------------------
                            RECEIPTS             DISBURSEMENTS
   -------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------      ---------------
TOTALS                           .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 08 B 20238 NASSER HASSAN